Filing # 64716317 E-Filed 11/29/2017 11:45:30 AM

# FLORIDA TRAFFIC CRASH REPORT

LONG FORM [ ]   SHORT FORM [X]   UPDATE [ ]
(Electronic Version)

HIGHWAY SAFETY & MOTOR VEHICLES
TRAFFIC CRASH RECORDS
NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

| Crash Date | Time of Crash | Date of Report | Reporting Agency Case Number | HSMV Crash Report Number |
|---|---|---|---|---|
| OCTOBER 24, 2017 | 06:33 PM | OCTOBER 24, 2017 | 331710204479 | 86780540 |

## CRASH IDENTIFIERS

| County Code | City Code | County of Crash | Place or City of Crash | Within City Limits | Time Reported | Time Dispatched |
|---|---|---|---|---|---|---|
| 10 | 44 | BROWARD | HOLLYWOOD | YES | 06:33 PM | 06:43 PM |

| Time on Scene | Time Cleared Scene | Completed | Reason (if Investigation NOT Complete) | Notified By |
|---|---|---|---|---|
| 06:43 PM | 08:10 PM | YES | | LAW ENFORCEMENT |

## ROADWAY INFORMATION (CHOOSE ONLY 1 OF 4 OPTIONS)

Crash Occurred On Street, Road, Highway: N FEDERAL HWY [1]   At Street Address # [2]   At Latitude And Longitude

At Feet   Miles   Direction [3] At / From Intersection With Street, Road, Highway: HARDING ST   [4] Or From Milepost #

| Road System Identifier | Type of Shoulder | Type of Intersection |
|---|---|---|
| 2 U.S. | 1 PAVED | 2 FOUR-WAY INTERSECTION |

## CRASH INFORMATION (CHECK IF PICTURES TAKEN)

| Light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner of Collision |
|---|---|---|---|---|
| 4 DARK - LIGHTED | 3 RAIN | 2 WET | 1 NO | 2 FRONT TO FRONT |

| First Harmful Event Type | First Harmful Event | First Harmful Event Location | Within Interchange | First Harmful Event Relation to Junction |
|---|---|---|---|---|
| 2 COLLISION WITH NON-FIXED OBJECT | 14 COLLISION WITH MOTOR VEH IN TRANSPORT | 1 ON ROADWAY | 2 YES | 2 INTERSECTION |

| Contributing Circumstances: Road | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|
| 1 NONE | | |

| Contributing Circumstances: Environment | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|
| 1 NONE | | |

| Work Zone Related | Crash in Work Zone | Type of Work Zone | Workers in Work Zone | Law Enforcement in Work Zone |
|---|---|---|---|---|
| 1 NO | | | | |

## VHICLE   Check if Commercial [ ]

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg | VIN |
|---|---|---|---|---|---|---|---|
| 01 | 1 VEH IN TRANSPORT | 2 YES | EQAK99 | FL | FEBRUARY 21, 2018 | 1 NO | 5NPEC4AC2BH032502 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2011 | HYUN | SONATA | 4D | BLK | 4 MINOR | $500 | 2 YES | SUPERIOR | 1 TOW ROTATION LIST |

| Insurance Company (Driver) | Insurance Policy Number |
|---|---|
| GEICO GENERAL INSURANCE COMPANY | 4417966682 |

| Name of Vehicle Owner (Business) [ ] | Current Address | City & State | Zip Code |
|---|---|---|---|
| BERNARD F. TATEM JR | 1817 WILSON ST 14 | HOLLYWOOD, FL | 33020 |

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Vehicle Traveling | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | N | N FEDERAL HWY | 25 | 35 | 04 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| | 1 NO CARGO | 16 (X marked) | 16 (X marked) |

| Comm GVWR/GCWR | Trailer Type (Trailer One) | Trailer Type (Trailer Two) | 18 Undercarriage 18 / 19 Overturn 19 / 20 Windshield 20 / 21 Trailer 21 |
|---|---|---|---|

| Haz. Mat. Release | Haz. Mat. Placard | Number | Class |
|---|---|---|---|

| Motor Carrier Name | US DOT Number |
|---|---|

| Motor Carrier Address | City & State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Special Function of MV |
|---|---|---|---|---|---|
| | 1 PASSENGER CAR | 1 NONE | | 1 NO | 1 NO SPECIAL FUNCTION |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 1 STRAIGHT AHEAD | 1 TWO-WAY, NOT DIVIDED | 1 LEVEL | 1 STRAIGHT | 2 COLLISION WITH NON-FIXED OBJECT | 14 COLLISION WITH MOTOR VEH IN TRANSPORT |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 77 OTHER (EXPLAIN IN NARRATIVE) | 14 COLLISION WITH MOTOR VEH IN TRANSPORT | | | |

HSMV 90010 S

Page 1 of 4

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN, CLERK 11/29/2017 11:45:04 AM ****

| Crash Date | Time of Crash | Date of Report | | Reporting Agency Case Number | HSMV Crash Report Number |
|---|---|---|---|---|---|
| OCTOBER 24, 2017 | 06:33 PM | OCTOBER | 2017 | 331710204479 | 86780540 |

## VEHICLE    Check if Commercial ☐

| Vehicle 02 | Motor Vehicle Type 1 VEH IN TRANSPORT | | Hit and Run 1 NO | Veh License Number EQDJ87 | State FL | Reg. Expires JULY 28, 2018 | Permanent Reg 1 NO | VIN 1FADP3K23FL203958 | |
|---|---|---|---|---|---|---|---|---|---|
| Year 2015 | Make FORD | Model FOCUS | Style 4D | Color SIL | Extent of Damage 2 FUNCTIONAL | Est. Damage $1000 | Towed Due To Damage 1 NO | Vehicle Removed By DRIVER | Rotation 3 DRIVER |

| Insurance Company (Driver) | Insurance Policy Number |
|---|---|
| UNITED AUTOMOBILE INSURANCE COMPANY | UAD053136303 |

| Name of Vehicle Owner (Business) ☐ | Current Address | City & State | Zip Code |
|---|---|---|---|

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|

| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|

| Vehicle Traveling | Direction S | On Street, Road, Highway N FEDERAL HWY | At Est. Speed 35 | Posted Speed | Total Lanes 04 |
|---|---|---|---|---|---|

| CMV Configuration | Cargo Body Type 1 NO CARGO |
|---|---|

| Comm GVWR/GCWR | Trailer Type (Trailer One) | Trailer Type (Trailer Two) |
|---|---|---|

| Haz. Mat. Release | Haz. Mat. Placard | Number | Class |
|---|---|---|---|

| Motor Carrier Name | US DOT Number |
|---|---|

| Motor Carrier Address | City & State | Zip Code | Phone Number |
|---|---|---|---|

Area of Initial Impact: 3 (marked X)
Most Damaged Area: 3 (marked X)

| Comm/Non-Commercial | Vehicle Body Type 1 PASSENGER CAR | Vehicle Defects (one) 1 NONE | Vehicle Defects (two) | Emergency Vehicle Use 1 NO | Special Function of MV 1 NO SPECIAL FUNCTION |
|---|---|---|---|---|---|

| Vehicle Maneuver Action 13 STOPPED IN TRAFFIC | Trafficway 1 TWO-WAY, NOT DIVIDED | Roadway Grade 1 LEVEL | Roadway Alignment 1 STRAIGHT | Most Harmful Event 2 COLLISION WITH NON-FIXED OBJECT | Most Harmful Event Detail 14 COLLISION WITH MOTOR VEH IN TRANSPORT |
|---|---|---|---|---|---|

| Traffic Control Device For This Vehicle 5 TRAFFIC CONTROL SIGNAL | First (1) Sequence of Events 14 COLLISION WITH MOTOR VEH IN TRANSPORT | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|

## PERSON

| Person # 01 | Description 1 DRIVER | Vehicle # 01 | Name BERNARD F. TATEM JR | | Date of Birth FEBRUARY 21, 1968 | Sex 1 MALE | Phone Number (305) 761-4292 | Re-Exam 2 NO |
|---|---|---|---|---|---|---|---|---|
| | Address 1817 WILSON ST 14 | | | | City & State HOLLYWOOD, FL | | | Zip Code 33020 |

| Driver License Number T350086680610 | State FL | Expires FEBRUARY 21, 2025 | DL Type 5 E / OPERATOR | Req. End. 2 NO | Injury Severity 2 POSSIBLE | Ejection 1 NOT EJECTED |
|---|---|---|---|---|---|---|

| Restraint Systems 3 SHOULDER AND LAP BELT USED | Air Bag Deployed 2 NOT DEPLOYED | Helmet Use | Eye Protection | Seating Location Seat 1 LEFT | Seating Location Row 1 FRONT | Seating Location Other 1 NOT APPLICABLE |
|---|---|---|---|---|---|---|

| Drivers Actions at Time of Crash (First) 25 FAILED TO KEEP IN PROPER LANE | Drivers Actions at Time of Crash (Second) | Driver Distracted By 1 NOT DISTRACTED | Vision Obstruction 1 VISION NOT OBSCURED |
|---|---|---|---|

| Drivers Actions at Time of Crash (Third) | Drivers Actions at Time of Crash (Fourth) | Drivers Condition at Time of Crash 1 APPARENTLY NORMAL |
|---|---|---|

| Suspected Alcohol Use 88 UNKNOWN | Alcohol Tested | Alcohol Test Type | Alcohol Test Result BAC | Suspected Drug Use 88 UNKNOWN | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|

| Source of Transport to Medical Facility 2 EMS | EMS Agency Name or ID HOLLYWOOD FIRE RESCUE | EMS Run Number 205 | Medical Facility Transported To MEMORIAL REGIONAL (EAST) |
|---|---|---|---|

## PERSON

| Person # 02 | Description 1 DRIVER | Vehicle # 02 | Name | Date of Birth | Sex 2 FEMALE | Phone Number | Re-Exam 2 NO |
|---|---|---|---|---|---|---|---|
| | Address | | | City & State | | | Zip Code |

| Driver License Number S160552777680 | State FL | Expires JULY 28, 2020 | DL Type 5 E / OPERATOR | Req. End. 2 NO | Injury Severity 1 NONE | Ejection 1 NOT EJECTED |
|---|---|---|---|---|---|---|

| Restraint Systems 3 SHOULDER AND LAP BELT USED | Air Bag Deployed 2 NOT DEPLOYED | Helmet Use | Eye Protection | Seating Location Seat 1 LEFT | Seating Location Row 1 FRONT | Seating Location Other 1 NOT APPLICABLE |
|---|---|---|---|---|---|---|

| Drivers Actions at Time of Crash (First) 1 NO CONTRIBUTING ACTION | Drivers Actions at Time of Crash (Second) | Driver Distracted By 1 NOT DISTRACTED | Vision Obstruction 1 VISION NOT OBSCURED |
|---|---|---|---|

| Drivers Actions at Time of Crash (Third) | Drivers Actions at Time of Crash (Fourth) | Drivers Condition at Time of Crash 1 APPARENTLY NORMAL |
|---|---|---|

| Suspected Alcohol Use 1 NO | Alcohol Tested | Alcohol Test Type | Alcohol Test Result BAC | Suspected Drug Use 1 NO | Drug Tested | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|

| Source of Transport to Medical Facility 1 NOT TRANSPORTED | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|

| Crash Date | Time of Crash | Date of Report | | Reporting Agency Case Number | HSMV Crash Report Number |
|---|---|---|---|---|---|
| OCTOBER 24, 2017 | 06:33 PM | OCTOBER | 2017 | 331710204479 | 16780540 |

### PERSON

| Person # | Description | Vehicle # | Name | Date of Birth | Sex | Injury Severity | Ejection |
|---|---|---|---|---|---|---|---|
| 03 | 3 PASSENGER | 02 | | | 2 FEMALE | 1 NONE | 1 NOT EJECTED |

| Address | City & State | Zip Code |
|---|---|---|
| | | |

| Restraint Systems | Air Bag Deployed | Helmet Use | Eye Protection | Seating Location Seat | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|
| 3 SHOULDER AND LAP BELT USED | 2 NOT DEPLOYED | | | 3 RIGHT | 1 FRONT | 1 NOT APPLICABLE |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| 1 NOT TRANSPORTED | | | |

### PERSON

| Person # | Description | Vehicle # | Name | Date of Birth | Sex | Injury Severity | Ejection |
|---|---|---|---|---|---|---|---|
| 04 | 3 PASSENGER | 02 | | | 1 MALE | 1 NONE | 1 NOT EJECTED |

| Address | City & State | Zip Code |
|---|---|---|
| | | |

| Restraint Systems | Air Bag Deployed | Helmet Use | Eye Protection | Seating Location Seat | Seating Location Row | Seating Location Other |
|---|---|---|---|---|---|---|
| 3 SHOULDER AND LAP BELT USED | 2 NOT DEPLOYED | | | 3 RIGHT | 2 SECOND | 1 NOT APPLICABLE |

| Source of Transport to Medical Facility | EMS Agency Name or ID | EMS Run Number | Medical Facility Transported To |
|---|---|---|---|
| 1 NOT TRANSPORTED | | | |

### VIOLATIONS

| Person # | Name | FL Statute Number | Charge | Citation Number |
|---|---|---|---|---|
| 01 | BERNARD F. TATEM JR | 316.089-1 | FAIL DRIVE IN SINGLE LANE | A29QDUP |

### VIOLATIONS

| Person # | Name | FL Statute Number | Charge | Citation Number |
|---|---|---|---|---|
| 01 | BERNARD F. TATEM JR | 316.061-1 | CRASH LEAVE SCENE W/O GIVING INFORMATION (SPECIFY… | A29QDZP |

### NARRATIVE

ON 10/24/2017 AT APPROXIMATELY 1833 HOURS THIS OFFICER RESPONDED TO THE LOCATION OF N FEDERAL HWY AND HARDING ST IN REFERENCE TO AN ACCIDENT.

UPON OFFICERS ARRIVAL, CONTACT WAS MADE WITH THE DRIVER OF VEHICLE 2 WHO STATED THE FOLLOWING: SHE WAS STOPPED AT THE INTERSECTION LOCATED AT N FEDERAL HWY AND HARDING ST IN THE TURN LANE FACING SOUTH BOUND. SHE HAD A SOLID GREEN LIGHT AND WAS YIELDING TO NORTH BOUND TRAFFIC WAITING TO TURN EAST BOUND. VEHICLE ONE WAS TRAVELING NORTH BOUND ON N FEDERAL HWY AND BEGAN TO MERGE INTO THE ONCOMING TURN LANE. VEHICLE ONE CONTINUED IN THE TURN LANE ACROSS THE INTERSECTION, STRIKING THE FRONT OF VEHICLE TWO. VEHICLE ONE'S DRIVER MADE EYE CONTACT WITH THE DRIVER OF VEHICLE TWO AND THEN BEGAN TO REVERSE BACK INTO THE INTERSECTION. VEHICLE ONE THEN FLED THE SCENE WEST BOUND ON HARDING ST FAILING TO MAKE ANY ATTEMPT TO CONTACT VEHICLE TWO.

VEHICLE TWO THEN PULLED INTO THE NEARBY GAS STATION LOCATED AT 1840 N FEDERAL HWY AND CALLED POLICE IMMEDIATELY. APPROXIMATELY FIVE MINUTES AFTER, VEHICLE ONE PULLED INTO THE SAME GAS STATION AND PARKED BY THE FRONT DOOR OF THE GAS STATION STORE. ACCORDING TO VEHICLE TWO'S DRIVER AND PASSENGERS, THE DRIVER OF VEHICLE ONE WAS UNAWARE OF VEHICLE TWO BEING AT THIS GAS STATION. ONCE AGAIN, VEHICLE ONE'S DRIVER NEVER MADE AN ATTEMPT TO MAKE CONTACT WITH VEHICLE TWO AT ANY TIME.

NO INJURIES WERE REPORTED ON SCENE BY THE DRIVER OR PASSENGERS OF VEHICLE TWO. THE DRIVER OF VEHICLE ONE WAS COMBATIVE WITH OFFICERS ON SCENE AND WAS SUBSEQUENTLY ARRESTED (REFER TO PROBABLE CAUSE AFFIDAVIT UNDER SAME CASE NUMBER). DURING THIS HE SUFFERED LACERATIONS TO HIS FACE AND WAS TRANSPORTED BY HOLLYWOOD FIRE RESCUE #205.

VEHICLE ONE HAD MINOR DAMAGE TO THE FRONT OF THE VEHICLE. VEHICLE TWO ALSO HAD MINIMAL DAMAGE TO THE FRONT CONSISTING OF A BROKEN GRILL, MINOR SCRATCHES AND DENTS. THE DRIVER OF VEHICLE ONE WAS FOUND AT FAULT AND WAS ISSUED CITATIONS FOR FAILURE TO MAINTAIN LANE AND LEAVING THE SCENE OF AN ACCIDENT.

### REPORTING OFFICER

| ID/Badge Number | Rank and Name | Department | Type of Department |
|---|---|---|---|
| 3293 | OFFICER K. KARL | HOLLYWOOD POLICE DEPARTMENT | 2 PD |

