UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:19-CV-60716-RAR

BERNARD FERNANDO TATEM
                            Plaintiff,

vs.

The City of Hollywood; The Hollywood Police Department; Jennifer Garcia (official and personal capacity as a police officer for the Hollywood Police Department); and Kyle Karl (official and personal capacity as a police officer for the Hollywood Police Department)
                            Defendant
_____/

## STIPULATION OF DISMISSAL

All parties hereby stipulate to and in turn Plaintiff files this voluntary dismissal of the action with prejudice, with each side to bear its own costs and fees. This stipulation of dismissal is in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), and all attorneys for the respective partied have signed to its effect.

Dated: April 1, 2020

*s/ Rogell Xavier Levers*
ROGELL XAVIER LEVERS
The Levers Law Firm
2930 Okeechobee Blvd, Ste 210
West Palm Beach, FL 33409
(561) 721-6200
Fax: (561) 721-6202
Email: rxl@leverslaw.com
FL Bar 069546
*Attorney for Plaintiff*

<u>s// John Charles Wein</u>
**John Charles Wien**
City of Hollywood
2600 Hollywood Blvd.
Suite 407
Hollywood, FL 33022
(954) 921-3435
<u>jwien@hollywoodfl.org</u>.
Counsel for City of Hollywood


<u>s// Tamatha Suzanne Alvarez</u>
Tamatha Suzanne Alvarez
Martin, Lister & Alvarez
1655 N. Commerce Pkwy , Ste 102
Weston, FL 33326
954-659-9322 ; 954-659-9909 (fax)
tsalaw@hotmail.com
Counsel for Jenifer Garcia and Kyle Karl


**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I filed the foregoing document with the Clerk of the Court through the Court's ECF system.  I also certify that the foregoing document is being served this day on all counsels of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Rogell Xavier Levers*
ROGELL XAVIER LEVERS
Levers & Jackson Law Firm
2930 Okeechobee Blvd, Ste 210
West Palm Beach, FL 33409
(561) 721-6200
Fax: (561) 721-6202
Email: <u>rxl@leverslaw.com</u>
